■ In the Matter of JAMES J. SHAPIRO, an Attorney, Resignor. [855 NYS2d 384]—Voluntary resignation accepted and

name removed from roll of attorneys (*see Matter of Manown,* 240 AD2d 83 [1998]). Present—Martoche, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Mar. 27, 2008.)